IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00591-MSK-MEH            **FILED UNDER SEAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2008 FORD TRUCK VIN 1FTWW31R68EC03044
1995 DODGE RAM TRUCK VIN 1B6KF26C3SS237985

        Defendants.

───────────────────────────────────────────────────────────────

### MINUTE ORDER
───────────────────────────────────────────────────────────────

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2011.**

       The United States' Motion to Vacate the March 22, 2011 Status Conference [filed March 15, 2011; docket #13] is **granted**. The Status Conference set for March 22, 2011, is hereby **vacated**. The United States shall file a status report regarding this matter on or before **June 15, 2011**, and *every sixty days* thereafter.