IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00591-MSK-MEH

UNITED STATES OF AMERICA,

   Plaintiff,

v.

2008 FORD TRUCK VIN 1FTWW31R68EC03044, and
1995 DODGE RAM TRUCK VIN 1B6KF26C3SS237985,

   Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (Motion) **(#36)**. Having reviewed said Motion the Cour FINDS:

THAT the United States commenced this action in rem pursuant to 16 U.S.C. § 3374(a)(2);

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and interested party, Bank of the West, through Assistant Vice President, April C. Curtis, have reached a settlement agreement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant properties have been filed;

THAT forfeiture of:

  a.  2008 Ford Truck VIN 1FTWW31R68EC03044, and

      b.  1995 Dodge Ram Truck VIN 1B6KF26C3SS237985.

shall enter in favor of the United States;

  THAT the United States, pursuant to its agreement with Bank of the West will pay the amounts stipulated in the agreement from and to the extent there are sufficient proceeds from the sale of defendant 2008 Ford Truck VIN 1FTWW31R68EC03044.

  THAT it further appears there is cause to issue a forfeiture order under 16 U.S.C. § 3374(a)(2).

  **NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED**:

  THAT the Motion is **GRANTED** and forfeiture of defendant property shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

  THAT the Clerk of Court is directed to enter Judgment; and

  THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. ' 2465.

  The Clerk shall close this case.

  DATED this 15th day of August, 2012.

           **BY THE COURT:**

           */s/ Marcia S. Krieger*
           _____

           Marcia S. Krieger
           United States District Judge